| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>10/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

BOB CASEY U. S. COURTHOUSE
515 RUSK AVE
HOUSTON, TX 77002

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Garland R. Walker American Inn of Court |
| 3. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 4. | Member of the Executive Committee | Houston Marine Insurance Seminars, Inc. |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trapeze Capital Corp. | Margin Account | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Everbank Bank Accounts | A | Interest | J | T | | | | | |
| 2. Chase Bank Account (X) | A | Interest | N | T | | | | | |
| 3. Performex Multi Manager Fund 3c1 LP | B | Int./Div. | J | T | Distributed (part) | 01/23/12 | K | | |
| 4. | | | | | Distributed (part) | 08/01/12 | K | | |
| 5. | | | | | Distributed (part) | 11/05/12 | N | E | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. - Cash Account (X) | | None | J | T | | | | | |
| 8. - Corridor Res Inc. Common Stock | | None | J | T | | | | | |
| 9. - Malaga Inc (Y) | | | | | | | | | |
| 10. - ORCA Exploration | | None | J | T | | | | | |
| 11. - Specialty Foods Grp Vr/Rt 13Feb12 (formerly.. | A | Interest | | | Sold | 02/29/12 | J | B | See Note in Part VIII |
| 12. - St. Andrew Goldfields - New Common Stock | | None | J | T | | | | | |
| 13. - Xcite Energy Ltd Common | | None | | | Sold (part) | 02/23/12 | J | B | |
| 14. | | | | | Sold (part) | 02/24/12 | J | A | |
| 15. | | | | | Sold | 05/02/12 | J | B | |
| 16. - Manitok Energy Inc 23Apr2011 | | None | J | T | Sold (part) | 10/16/12 | J | B | |
| 17. | | | | | Sold (part) | 10/25/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/26/12 | J | B | |
| 19.    - Dynacor Gold Mines Inc Common Stock | | None | J | T | | | | | |
| 20.    - Cline Mining Corp Common Stock | | None | | | Sold | 03/05/12 | J | | |
| 21.    - Southern Pacific Resource Corp Common Stock | | None | J | T | Sold (part) | 06/11/12 | J | | |
| 22.    - Dell Inc Common Stock | A | Dividend | | | Sold (part) | 01/31/12 | J | A | |
| 23. | | | | | Sold (part) | 02/15/12 | J | A | |
| 24. | | | | | Sold (part) | 05/29/12 | J | | |
| 25. | | | | | Sold | 11/05/12 | J | | |
| 26.    - Pivot Acquisition CV 12.00% 14April2013 | B | Interest | J | T | | | | | |
| 27.    - Fortress Paper Ltd Common Stock | | None | | | Sold (part) | 02/15/12 | J | | |
| 28. | | | | | Sold (part) | 05/30/12 | J | | |
| 29. | | | | | Sold | 11/08/12 | J | | |
| 30.    - Call 100 AEO 01/19/13 14.5 | | None | | | Sold (part) | 04/27/12 | J | A | |
| 31. | | | | | Sold | 05/03/12 | J | A | |
| 32.    - Apple Inc Common Stock | | None | J | T | Sold (part) | 02/15/12 | J | A | |
| 33. | | | | | Sold | 04/25/12 | J | A | |
| 34. | | | | | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Legacy Oil & Gass Inc Common Stock | | None | J | T | Buy | 03/20/12 | J | | |
| 36. | | | | | Buy (add'l) | 03/27/12 | J | | |
| 37. | | | | | Buy (add'l) | 10/02/12 | J | | |
| 38. - Hasbro Inc. | A | Dividend | | | Buy | 01/11/12 | J | | |
| 39. | | | | | Sold | 02/15/12 | J | A | |
| 40. - Specialty Foods Exc U& 8.00% 30Jun14 | A | Interest | | | Buy | 02/29/12 | J | | |
| 41. | | | | | Sold (part) | 06/30/12 | J | | |
| 42. | | | | | Sold | 12/28/12 | J | | |
| 43. - WTS-SFG Parent Inc | | None | J | T | Buy | 02/29/12 | J | | |
| 44. - OfficeMax Inc Common Stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 45. | | | | | Sold (part) | 04/09/12 | J | A | |
| 46. - NII Holdings Inc CL-B | | None | J | T | Buy | 05/01/12 | J | | |
| 47. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 48. - Abercrombie & Fitch Company - A- | | None | | | Buy | 05/31/12 | J | | |
| 49. | | | | | Sold | 08/06/12 | J | | |
| 50. - Oracle Corp Common Stock | A | Dividend | | | Buy | 05/31/12 | J | | |
| 51. | | | | | Sold | 10/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Google Inc CL A Common Stock | | None | | | Buy | 06/15/12 | J | | |
| 53. | | | | | Sold | 10/01/12 | J | A | |
| 54. - OCH Ziff Cap Mgmt Grp LLC CL A | A | Dividend | J | T | Buy | 06/26/12 | J | | |
| 55. | | | | | Sold | 10/26/12 | J | A | |
| 56. | | | | | Buy | 12/17/12 | J | | |
| 57. - Aetna Inc Common Stock | A | Dividend | J | T | Buy | 07/11/12 | J | | |
| 58. - Southwest Airlines Co Common Stock | A | Dividend | J | T | Buy | 08/16/12 | J | | |
| 59. - Renegade Petroleum Ltd Common Stock | | None | J | T | Buy | 10/29/12 | J | | |
| 60. - Kohl Corp Common Stock | | None | J | T | Buy | 12/21/12 | J | | |
| 61. - Cheesecake Factory Inc Common Stock | | None | J | T | Sold | 03/21/12 | J | | See Note in Part VIII |
| 62. - Dick's Sporting Goods Inc Common Stock | | None | | | Sold | 04/25/12 | J | | See Note in Part VIII |
| 63. | | | | | Buy | 12/11/12 | J | | |
| 64. - Splunk Inc Common Stock | | None | | | Sold | 10/04/12 | J | | See Note in Part VIII |
| 65. | | | | | Buy | 10/30/12 | J | A | |
| 66. - iShares Dow US Home Construction Idx | | None | J | T | Sold | 10/18/12 | J | | See Note in Part VIII |
| 67. - St Joe Co Common Stock | | None | J | T | Sold | 10/22/12 | J | | See Note in Part VIII |
| 68. - Facebook Inc Cl A Common Stock | | None | | | Sold | 11/21/12 | J | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/04/12 | J | | |
| 70. - Home Depot Inc Common Stock | | None | J | T | Sold | 12/11/12 | J | | See Note in Part VIII |
| 71. Performex Multi Manager Fund 3c1 LP (IRA Investment) | D | Int./Div. | L | T | Distributed (part) | 11/08/12 | P1 | | |
| 72. Chase Bank Account (IRA)(X) | A | Interest | M | T | | | | | |
| 73. IRA #1 (H) | | | | | | | | | |
| 74. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | O | T | Open | 12/12/12 | P1 | | See Note in Part VIII |
| 75. - Alliancebernstein FDS Small Cap Growth FD | | None | M | T | Buy | 12/13/12 | L | | |
| 76. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 77. - Calamos International Growth Fund Class I | A | Dividend | M | T | Buy | 12/13/12 | L | | |
| 78. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 79. - ING Equity TR Smallcap Opportunities FD CL I | B | Dividend | M | T | Buy | 12/13/12 | L | | |
| 80. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 81. - Smallcap World Fund Inc Class F-1 | B | Dividend | M | T | Buy | 12/13/12 | M | | |
| 82. | | | | | Buy (add'l) | 12/28/12 | L | | |
| 83. - Alger FDS II Spectra FD Cl I | B | Dividend | M | T | Buy | 12/13/12 | L | | |
| 84. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 85. - Wasatch Global Opportunities FD | D | Dividend | M | T | Buy | 12/13/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 87. - Westcore TR Intl Frontier FD | A | Dividend | M | T | Buy | 12/13/12 | L | | |
| 88. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 89. Trust #1 (H) | | | | | | | | | |
| 90. - Fidelity Core Cash Account | A | Interest | | | Closed | 04/13/12 | J | | |
| 91. - Short Dow30 ProShares ETF | | None | | | Sold | 12/11/12 | J | | |
| 92. - Exxon Mobil Corp Common Stock | A | Dividend | J | T | | | | | |
| 93. - Ameritrade Cash Holding Account | A | Interest | J | T | Open | 04/13/12 | J | | |
| 94. Trust #2 (H) | | | | | | | | | |
| 95. - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 96. - Short Dow30 ProShares ETF | | None | | | Sold | 12/11/12 | J | | |
| 97. - Exxon Mobile Corp Common Stock | A | Dividend | J | T | | | | | |
| 98. Trust #3 (H) | | | | | | | | | |
| 99. - Fidelity Core Cash Account | A | Interest | K | T | | | | | |
| 100. - ProShares Short QQQ (PSQ) | | None | | | Sold | 12/11/12 | J | | |
| 101. - ProShares Trust Short Dow 30 (DOG) | | None | | | Sold | 12/11/12 | J | | |
| 102. - ProShares Short Russell 2000 (RWM) | | None | | | Sold | 04/03/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - ProShares UltraShort Euro (EUO) | | None | | | Sold | 04/03/12 | J | A | |
| 104.   - ProShares Short Real Estate Fd (REK) | | None | | | Sold | 12/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 10/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: ETF stands for Exchange Traded Fund.

Part VII, page 4 line 11 - Specialty Foods Grp Vr/Rt 13Feb12 was formerly known as Specialty Foods Grp Vr/Rt 14/Dec11.

Part VII, page 7 line 61 - Cheesecake Factory Inc Common Stock was sold short on 03/21/12. Column C has a value since the stock has not been purchased to cover the short sale by the end of the reporting period.

Part VII, page 7 line 62 - Dick's Sporting Goods Inc Common Stock was sold short on 04/25/12 and covered on 12/11/12. Column C has been left blank since this stock was not longer held at the end of the reporting period.

Part VII, page 7 line 64 - Splunk Inc Common Stock was sold short on 10/04/12 and covered on 10/30/12. Column C has been left blank since this stock was not longer held at the end of the reporting period.

Part VII, page 7 line 66 - iShares Dow US Home Construction Idx was sold short on 10/18/12. Column C has a value since the stock has not been purchased to cover the short sale by the end of the reporting period.

Part VII, page 7 line 67 - St Joe Co Common Stock was sold short on 10/22/12. Column C has a value since the stock has not been purchased to cover the short sale by the end of the reporting period.

Part VII, page 7 line 68 - Facebook Inc Cl A Common Stock was sold short on 11/21/12 and covered on 12/04/12. Column C has been left blank since this stock was not longer held at the end of the reporting period.

Part VII, page 8 line 70 - Home Depot Inc Common Stock was sold short on 12/11/12. Column C has a value since the stock has not been purchased to cover the short sale by the end of the reporting period.

Part VII, page 8 line 74 - Wells Fargo Bank Deposits Sweeps Accounts were opened up on December 12, 2012 with a transfer of funds from the ChaseBank Account (IRA) on Part VII, page 8 line 72.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAY H. MILLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544